UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEATRICE PIERCE and VENTO CORP.      ORDER OF DISMISSAL
    CV-02-3630 (DRH)(MLO)

    -against-

PETER LAITMON, PETER LAITMON, INC., and
REGISTER.COM
-----------------------------------------------------------------X

Counsel for plaintiff having responded to a request for status by letter dated February 10, 2005, informing the Court that the case has settled,

IT IS HEREBY ORDERED that the cases are dismissed without prejudice to reopen should settlement not be consummated.

The clerk is directed to close these cases.

    SO ORDERED.

        /S/
    DENIS R. HURLEY
    United States District Judge

Dated: Central Islip, New York
    April 18, 2005